# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CRIMINAL ACTION NO.: 4:19CR13 |
| v. | |
| EMONDE POLITE and JADONTAY POLITE, | |
| Defendants. | |

## ORDER

This matter is before the Court on the Motion for Leave of Absence by Frank M. Pennington counsel for Plaintiff United States of America, for the dates of April 30, 2019 through and including May 3, 2019, May 24, 2019 through and including June 1, 2019 and July 3, 2019 through and including July 5, 2019. (Doc. 47.) After careful consideration, said Motion is **GRANTED**.

**SO ORDERED**, this 11th day of April, 2019.

CHRISTOPHER L. RAY
MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA