**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE# 4:19CR0013-1 |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| EMOND POLITE | ) | |

## ORDER GRANTING LEAVE OF ABSENCE

Counsel, JACK MORRIS DOWNIE, having filed his Motion for Leave of Absence and having served all parties thereto:

IT IS HEREBY ORDERED that said Motion for Leave of Absence for the following dates: October 27-November 08, 2024, November 13-14, 2024, November 21, 2024, November 22-29, 2024, December 29, 2024-January 02, 2025 is **GRANTED.**

Signed this 16th day of October 2024.

_____
Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia